# Exhibit 1

2021 DEC 21 PM 3:03

Bernard J. Youngblood
Wayne County  Register of Deeds
2021442503          L: 57290 P: 117
12/21/2021 03:03 PM    JDG    Total Pages: 5

STATE OF MICHIGAN
WAYNE COUNTY CIRCUIT COURT

BIRCH LEVEN ENGINEERING INC,
a Michigan corporation,

Plaintiff,

v.

Case No. 21-003832-CH
Hon. Martha M. Snow

The Unknown Heirs, Devisees, and Assignees of
FLORICA FLUCKSA, MARY STOICA, VASILE
MIHAIU, MARY MIHAIU, FRANK BONNER,
EDDIE BONNER, LOUISE BONNER, CAMEO
THEATRE CORPORATION, a Michigan
Corporation,

Defendants.
_____/

Christopher Wallaker (P77243)
Conlin, McKenney & Philbrick, P.C.
Attorney for Plaintiff
350 S. Main Street, Suite 400
Ann Arbor, MI 48104
wallaker@cmplaw.com

Mark J. Makoski (P81243)
Attorney for Eddie Bonner only
Demorest Law Firm, PLLC
322 W Lincoln Avenue
Royal Oak, Michigan 48067

## DEFAULT JUDGMENT

At a session of the Court held in the City of Detroit,
County of Wayne, State of Michigan,

on    10/13/2021   , 2021

PRESENT: HONORABLE MARTHA M. SNOW
Circuit Court Judge

## DEFAULT JUDGMENT

The Default of Defendants having been entered for failure to appear, plead, or otherwise defend in this action as provided by law and this matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment, oral argument having been held on October 8, 2021 and the Court being fully advised in the premises, and for the reasons stated on the record at the hearing,

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The Plaintiff is the owner of the lands and premises situated in the City of Detroit, County of Wayne and State of Michigan, to-wit:

    Parcel I:

    Lot 451, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

    Parcel II:

    Lot 452, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

    Parcel III:

    Lot 453, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

    Parcel IV:

    Lots 454, 455, 456, 457, 458, 459, 460 and 461, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne

County Records.

Parcel V:

The West 2 feet of Lot 462, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

Commonly known as:

1300 E. Seven Mile Road, Detroit, Michigan 48203

18924 Russell, Detroit, Michigan 48203

18928 Russell, Detroit, Michigan 48203

18926 Russell, Detroit, Michigan 48203

Tax Identification Numbers: 09007525, 09020691, 09090690, and 09020689

and the Defendants, the unknown heirs, devisees, and assignees of Florica Flucksa, Mary Stoica, Vasile Mihaiu, Mary Mihaiu, Frank Bonner, Louise Bonner, Cameo Theatre Corporation, a Michigan Corporation, and any successors, assigns, and all persons, firms or associations claiming right, title or interest, from or under them, are forever barred from commencing or prosecuting any proceedings to claim ownership of the real property.

This Judgment may be recorded in the Office of the Wayne County Register of Deeds for the purpose of showing that the title to the subject real property described above has been quieted in the Plaintiff, BIRCH LEVEN ENGINEERING INC, a Michigan corporation, free from all claims by the Defendants, the unknown heirs, devisees, and assignees of Florica Flucksa, Mary Stoica, Vasile Mihaiu, Mary Mihaiu, Frank Bonner, Louise Bonner, Cameo Theatre Corporation, a Michigan Corporation, and any successors, assigns, and all persons, firms or associations claiming right, title or interest, from or under the unknown heirs, devisees, and assignees of Florica

3

Flucksa, Mary Stoica, Vasile Mihaiu, Mary Mihaiu, Frank Bonner, Louise Bonner, Cameo Theatre Corporation, a Michigan Corporation.

**This Judgment resolves the last pending claim and closes this case.**

/s/ Martha M. Snow   10/13/2021
Hon. Martha M. Snow
Circuit Court Judge

Prepared by and when record return to:

/s/Christopher Wallaker
Christopher Wallaker (P77243)
Conlin, McKenney & Philbrick, P.C.
Attorney for Plaintiff
350 S. Main Street, Suite 400
Ann Arbor, MI 48104-2131
(734) 761-9000
wallaker@cmplaw.com

---

No. A 119185   E-314 BK.   CERTIFIED COPY —"LAW" 21-603832 CH

STATE OF MICHIGAN, } ss.
County of Wayne

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _Default Judgment_ entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of DEC 08 2021 A.D. 20 ____

CATHY M. GARRETT, Clerk

Fee, $ 14.00   _____, Deputy Clerk

# Exhibit 2

# WARRANTY DEED
STATUTORY FORM FOR CORPORATION

F893158

L118744PA385

KNOW ALL MEN BY THESE PRESENTS: That LINDON LAND CO., INC., A Michigan Corporation

whose address is 16135 Harper Ave., Detroit, Michigan

Conveys and Warrants to AUSIE DALE and GERALDINE DALE, his wife

whose street number and postoffice address is 18924 Russell, Detroit, Michigan

the following described premises situated in the City of Detroit County of Wayne and State of Michigan, to-wit:

Lot 451, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, W.C.R.

Commonly known as 18924 Russell

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, for the sum of Fifteen-Thousand Eight-Hundred Fifty and 00/100 ($15,850.00) - - - -

subject to Building and use restrictions and easements of record.

Dated this 25th day of February 19 74

Signed in the presence of:

Patricia M. York

Nila Smith

Signed by:

LINDON LAND CO., INC.

By Donald G. Calcaterra
Its President

RECORDED MAR 7 1974 AT __ O'CLOCK __
BERNARD J. YOUNGBLOOD, Register of Deeds
WAYNE COUNTY, MICHIGAN 48226

STATE OF MICHIGAN } ss.
COUNTY OF Wayne }

The foregoing instrument was acknowledged before me this 25th day of February 19 74 by Donald G. Calcaterra

President of Lindon Land Co., Inc.
(Individual Name(s) and Office(s) Held) (Corporate Name)

Michigan , a _____ corporation, on behalf of the corporation.
(State of Incorporation)

My Commission expires Sept. 13, 19 76

Patricia M. York Notary Public,
Macomb County, Michigan
Acting in Wayne Co.

MAR 5 1974 WAYNE COUNTY TREASURER

City Treasurer's Certificate MAR 5 1974

CITY TREASURER

When Recorded Return To: Grantee

Send Subsequent Tax Bills To:

Drafted by: A. Klasky
Business Address 16135 Harper, Detroit, Michigan

Tax Parcel # _____ Recording Fee _____ Revenue Stamps 17.60

G478285

THE LEGAL ADVERTISER, 30 BARTLETT AVENUE, DETROIT, MICHIGAN 48203
Wayne, Oakland and Macomb Counties—Phone 868-9709

## SHERIFF'S DEED ON MORTGAGE SALE

**This Indenture** Made the 22nd day of January A.D. 19 80, between Casimir M. Senkowski a Deputy Sheriff in and for Wayne County, Michigan, party of the first part, and Federal National Mortgage Association, a corporation organized under an act of Congress and existing pursuant to the Federal National Mortgage Association Charter Act, and having its principal office in the City of Washington, District of Columbia, party of the second part (hereinafter called the grantee),

WITNESSETH, That Whereas Ansie Dale and Geraldine Dale, his wife

made a certain mortgage to Mid-States Mortgage Corporation, a Michigan Corporation

(hereinafter called the mortgagee), which was duly recorded in the office of the Register of Deeds in and for Wayne County in Liber 18742 of Mortgages, on Page 742, and was assigned by said mortgagee to the grantee herein, as assignee, by an assignment dated the 29th day of March A.D. 19 74, which was recorded in Liber 18768 of Assignments, on Page 738, Wayne County Records, and

WHEREAS, said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and

WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan in such case made and provided, a notice was duly published, and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage that the said premises, or some part of them, would be sold on the 8th day of January, A.D. 19 80, at the Southerly or Jefferson Avenue entrance of the City-County Building in the City of Detroit, Michigan, that being the place of holding the Circuit Court for Wayne County, where the premises are situated, and

WHEREAS, pursuant to said notice I did, at 11:00 a.m. on the 22nd day of January A.D. 1980,

expose for sale at public vendue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of Fourteen thousand eight hundred and 00/100

($14,800.00) that being the highest bid therefor and the grantee being the highest bidder, and

WHEREAS, said lands and tenements are situated in the City of Detroit Wayne County, Michigan, more particularly described as follows:

Lot Four Hundred Fifty One (451) Cadillac Heights Subdivision as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

NOW, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, Forever. All the estate, right, title and interest which the said Mortgagor had in said lands and tenements, and every part thereof, on the 25th day of February, A.D. 19 74, that being the date of said mortgage, or at any time thereafter, To Have and to Hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoof forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the day and year first above written.

Signed, Sealed and Delivered in the Presence of

THOMAS C. FOSTER

Walter Baumgart

Deputy Sheriff in and for the County of Wayne
Casimir M. Senkowski

"...ment is given in foreclosure of a l... ...ed or insured by the United States, and is exempt from real estate transfer tax under Section 5(h) of Act 134, P.A., 1966 as amended."

STATE OF MICHIGAN,
COUNTY OF WAYNE } ss

On this 22nd day of January, A.D. 19 80, before me, a Notary Public in and for said County of Wayne, came Casimir M. Senkowski a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he executed the same to be his free act and deed as such Deputy Sheriff.

Dorothy L. Jones
Notary Public, Wayne County, Michigan
My commission expires FEB 9 - 1982

This document exempt as to Michigan Real Estate transfer tax according to Act No.67 Subsec.5(h) (i) P.A. Michigan 1969

*Sale adjourned to January 22, 1980

RECORDED JAN 24 1980 AT 1:13 P.M.
FOREST E. YOUNGBLOOD, Register of Deeds
WAYNE COUNTY, MICHIGAN 48226

DALE, Ausie & Geraldine
MSMC# 0185-05360

L20770 PA336

LEGAL ADVERTISER — Weekly Legal Publication * 30 Bartlett, Detroit, MI 48203 * 868-9709

NON-MILITARY AFFIDAVIT

State of Michigan } ss.
County of OAKLAND

The undersigned, being first duly sworn, deposes and says that upon investigation he is informed and believes that none of those persons named in the attached notice of mortgage foreclosure, nor any person upon whom they or any of them were dependent, were in the military service of the United States at the time of sale or for six months prior thereto.

Deponent further states that this affidavit is made for the purpose of preserving a record and clearing title by virtue of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

_____
Robert A. Tremain, P.C.
Attorney for Assignee of Mortgagee
3000 Town Center, Suite 1945
Southfield, Michigan 48075

Subscribed and sworn to before me this 22nd day of January A.D. 19 80

_____
Dianne Huff

Notary Public, Wayne County, Michigan
(Acting in Oakland)

My Commission expires October 25, 1981

---

ROBERT A. TREMAIN, P.C.
3000 Town Center, Suite 1945
Southfield, Michigan 48075

MORTGAGE SALE — Default has been made in the conditions of a mortgage made by AUSIE DALE and GERALDINE DALE, his wife, to Mid-States Mortgage Corporation, a Michigan Corporation, Mortgagee, dated February 25, 1974, and recorded on March 6, 1974, in Liber 18742, on page 742, Wayne County Records, Michigan, and assigned by said Mortgagee to FEDERAL NATIONAL MORTGAGE ASSOCIATION, a National Mortgage Association, by an assignment dated March 29, 1974, and recorded on April 4, 1974, in Liber 18768, on page 738, Wayne County Records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of FIFTEEN THOUSAND EIGHTY - ONE and 44/100 DOLLARS ($15,081.44), including interest at 8½% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, immediately inside the Jefferson Avenue entrance to the City-County Building in Detroit, Michigan, at 11:00 o'clock, A.M., on JANUARY 8, 1980.

Said premises are situated in City of Detroit, Wayne County, Michigan, and are described as:
Lot Four Hundred Fifty One (451) Cadillac Heights Subdivision as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

The redemption period shall be six months from the date of such sale.
Dated: November 29, 1979
FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
Assignee of Mortgagee
ROBERT A. TREMAIN, P.C.
Attorney for Assignee of Mortgagee
3000 Town Center, Suite 1945
Southfield, Michigan 48075
Nov. 29 — Dec. 20, 1979

FORM L-4

ROBERT A. TREMAIN, P.C.
3000 Town Center, Suite 1946
Southfield, Michigan 48075

MORTGAGE SALE – Default has been made in the conditions of a mortgage made by AUSIE DALE and GERALDINE DALE, his wife, to Mid-States Mortgage Corporation, a Michigan Corporation, Mortgagee, dated February 25, 1974, and recorded on March 6, 1974, in Liber 18742, on page 742, Wayne County Records, Michigan, and assigned by said Mortgagee to FEDERAL NATIONAL MORTGAGE ASSOCIATION, a National Mortgage Association, by an assignment dated March 29, 1974, and recorded on April 4, 1974, in Liber 18768, on page 738, Wayne County Records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of FIFTEEN THOUSAND EIGHTY - ONE and 44/100 DOLLARS ($15,081.44), including interest at 8¼% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, immediately inside the Jefferson Avenue entrance to the City-County Building in Detroit, Michigan, at 11:00 o'clock, A.M., on JANUARY 8, 1980.

Said premises are situated in City of Detroit, Wayne County, Michigan, and are described as:
Lot Four Hundred Fifty One (451) Cadillac Heights Subdivision as recorded in Liber 33, Page 81 of Plats, Wayne County Records.
The redemption period shall be six months from the date of such sale.
Dated: November 29, 1979
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
Assignee of Mortgagee
ROBERT A. TREMAIN, P.C.
Attorney for Assignee of Mortgagee
3000 Town Center, Suite 1945
Southfield, Michigan 48075
Nov. 29 – Dec. 20, 1979

---

(AFFIDAVIT OF PUBLISHER)
STATE OF MICHIGAN,
COUNTY OF WAYNE } ss.

**EVIDENCE OF SALE**

Sophie Permaloff being duly sworn, deposes and says that a notice, a true copy of which is annexed hereto, was published in The Legal Advertiser, a newspaper printed and circulated in said State and County, on November 29, December 6, 13, 20, A.D. 19 79; and that she is the principal clerk of the printers of said newspaper and knows well the facts stated herein.

Sophie Permaloff

Subscribed and sworn to before me this 20th day of December A.D. 19 79

SALLY URBANIK
Notary Public, Wayne County, Michigan
My Commission Expires August 10, 1981

(AFFIDAVIT OF POSTING)
STATE OF MICHIGAN,
COUNTY OF WAYNE } ss.

Terry Herbert being duly sworn, deposes and says that on the 4th day of December, A.D. 19 79, he posted a Notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said Notice by attaching the same in a secure manner to the front door

Terry Herbert

Subscribed and sworn to before me this 4th day of December A.D. 19 79

Craig Peters
Acting in Wayne County
Notary Public, Wayne County, Michigan
Oakland
My commission expires 10/26/80

(AFFIDAVIT OF AUCTIONEER)
STATE OF MICHIGAN,
COUNTY OF WAYNE } ss.

Casimir M. Senkowski being duly sworn, deposes and says that he is a Deputy Sheriff of said Wayne County; that he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice; that said sale was opened at 11:00 a.m. of the 22nd day of January A.D. 19 80 at the Southerly or Jefferson Avenue entrance to the City-County Building in Detroit, Michigan, that being the place of holding the Circuit Court in said Wayne County, and said sale was kept open for the space of one hour; that the highest bid for the lands and tenements therein described was the sum of ($14,800.00) Fourteen thousand eight hundred and 00/100 made by Federal National Mortgage Association, a corporation organized under an act of Congress and existing pursuant to the Federal National Mortgage Association Charter Act, and having its principal office in the City of Washington, District of Columbia, that said sale was in all respects open and fair; and that he did strike off and sell said lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

Casimir M. Senkowski
Deputy Sheriff in and for Wayne County

Subscribed and sworn to before me this 22nd day of January A.D. 19 80

Dorothy L. Jones
Notary Public, Wayne County, Michigan
My commission expires FEB 9 – 1982

STATE OF MICHIGAN,
COUNTY OF WAYNE } ss.

I DO HEREBY CERTIFY, That the within Sheriff's Deed will become operative at the expiration of 6 months from the 22nd day of January, A.D. 19 80, unless an affidavit of occupancy or intent to occupy is recorded in accordance with 1948CL 600.3241 (d) and given to the mortgagee, in which case, said deed shall become operative at the expiration of ____ months from said date, unless redeemed according to the law, in such case made and provided.

Casimir M. Senkowski
Deputy Sheriff for Wayne County, Michigan

1711 City-County Bldg.
Detroit, Mich. 48226

---

ORIGINAL 406-421

JAN 22 12 53 PM '80

This instrument drafted by
Name: ROBERT A. TREMAIN, P.C.
Attorney at Law
Address: 3000 Town Center, Suite 1945
City: Southfield, Michigan 48075

Casimir M. Senkowski
Deputy Sheriff
TO
Federal National Mortgage Association

**SHERIFF'S DEED ON MORTGAGE SALE**

G478285

L20770 PG337

CH-3C.
Approved 12/73   09/20689   G481506   SPECIAL WARRANTY DEED   AISIE, Dale & Geraldine
18924 Russell-MSMCF 1055-05360
Det. MI 48203 FNMA: 3-21-8427165

THIS INDENTURE, made this _____ day of _____, 19__, between FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States having its principal office in the City of Washington, D.C., hereinafter referred to as the Grantor, and Administrator of Veterans Affairs, an Officer of the United States of America, whose principal office and post office address is Veterans Administration Washington, D.C. and their successors and assigns, hereinafter called Grantee:

L20782 P352

WITNESSETH, that Grantor for and in consideration of the sum of Ten Dollars ($10.00) paid by Grantee, the receipt whereof is acknowledged, and other valuable consideration, hereby grants, remises, aliens and conveys unto Grantee, and to their successors and assigns forever, but without recourse, representation or warranty, except as expressed herein, all of its right, title and interest in and to that certain tract or parcel of land situated in the County of WAYNE, and State of MICHIGAN, described as follows, to wit:

Lot four hundred fifty one (451) CADILLAC HEIGHTS SUBDIVISION as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

Exempt from the Michigan Transfer Tax under Section 5 (h), Act No. 134 of the Public Acts of 1966 amended by Act No. 67 of the Public Acts of 1969.

together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining; and the reversion or reversions, remainder or remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the said Grantor, either in law or equity, of, in and to the above bargained premises, with the said hereditaments and appurtenances: TO HAVE AND TO HOLD the premises as before described, with the appurtenances, unto the said Grantee, their successors and assigns forever.   Grantor does not warrant against redemption by the mortgagor or others.

And Grantor, for itself and its successors does covenant, promise and agree, to and with the said Grantee, their successors and assigns, that Grantor had not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it will warrant and forever defend.

IN WITNESS WHEREOF, said FEDERAL NATIONAL MORTGAGE ASSOCIATION has caused its corporate seal to be hereto affixed, and has caused its name to be signed to these presents by its Assistant Vice President and attested by its Assistant Secretary at Chicago, Illinois this _____ day of JAN 29 1980 A. D. 19__.

City Treas. Cert. No. 3040

WITNESSED:                                     FEDERAL NATIONAL MORTGAGE ASSOCIATION
Therese C. Cullen                              By _Deidre E. O'Donoghue_
Therese C. Cullen                                 Its Assistant Vice President
Evelyn F. Thomas                               Attest _____
Evelyn L. Thomas                                 Assistant Secretary
                                                 Peggy Barron

RECORDED FEB 7 1980   FOREST E. YOUNGBLOOD, Register of Deeds
STATE OF ILLINOIS )   WAYNE COUNTY, MICHIGAN 48226
                 ) ss                              SHERIFFS DEED # G478285
COUNTY OF COOK   )

I, Mary Matyas, a Notary Public in and for said County in the State aforesaid, do hereby certify that Deidre E. O'Donoghue personally known to me to be the Assistant Vice President of FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States, and Peggy Barron personally known to me to be the Assistant Secretary of said corporation, and personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that as such Assistant Vice President and Assistant Secretary, they signed and delivered the said instrument as Assistant Vice President and Assistant Secretary of said corporation, and caused the corporate seal of said corporation to be affixed thereto, pursuant to authority given by the Board of Directors of said Corporation as their free and voluntary act, and as the free and voluntary act and deed of said corporation for the uses and purposes therein set forth.

Given under my hand and notarial seal this _____ day of JAN 29 1980
My address is 150 South Wacker Drive, Chicago, Illinois 60606.
My commission expires DEC 06 1983
NO REVENUE ATTACHED                              Mary Matyas
                                                 Notary Public

This form was prepared and approved by Robert J. Stastny, Attorney, 150 South Wacker Drive, Chicago, Illinois, 60606, for Federal National Mortgage Association. (Type or print below all signatures, the names of parties executing this instrument including the notary public and witnesses). Drafted by _____
NO REVENUE ATTACHED

> There is nothing recorded into Tanner or out of the VA for this Lot.

QUIT-CLAIM DEED—SHORT  92 086667

L 25732 022

**This Indenture**, Made the 20th day of April in the year of our Lord one thousand nine hundred ninety-two BETWEEN Harold E. Tanner and Mildred E. Tanner, his wife, herein called the grantors: 17610 Monica St., Detroit, MI 48221

............of the first part, and

Liberty Temple Church (Pastors Ralph and Melba Hart) 1300 East 7 Mile Rd., Detroit, MI 48203

............of the second part,

Witnesseth, That the said parties of the first part, for and in consideration of the sum of Fourteen Thousand dollars ($14000.00) paid to Grantors in hand paid by the said part of the second part, the receipt whereof is hereby confessed and acknowledged, do swear by these presents, grant, bargain, sell, remise, release and forever QUIT-CLAIM unto the said parties of the second part, and to their heirs and assigns, FOREVER, All of that certain piece or parcel of land, situated in the City of Detroit, MI in Wayne County, and State of Michigan, known and described as follows:

Lot four hundred Fifty-one (451) Cadillac Heights Subdivision as recorded in Liber 33, page 81 of Plats, Wayne County Records.

Commonly known as 18924 Russell Street Detroit, MI 48203

Together with all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining; To Have and to Hold the said land herein described above to the said parties of the second part, and to their heirs and assigns, to the sole and only proper use, benefit and behoof of the said parties of the second parties and their heirs and assigns, FOREVER.

$21.00

2R 14K

L25732.023

In Witness Whereof, the said part..i..e..s..of the first part ha..v..E..hereunto set Their hand S and seal............the day and year first above written.

Signed, Sealed and Delivered in Presence of

*Josephine W. Winfrey*
JOSEPHINE W. WINFREY

*Suzanne E. Lasley*
SUZANNE E. LASLEY

*Harold E. Tanner* [L. S.]
HAROLD E. TANNER

*Mildred E. Tanner* [L. S.]
MILDRED E. TANNER

............................................................... [L. S.]

............................................................... [L. S.]

STATE OF MICHIGAN, } ss.
County of Wayne

On this 21st day of April in the year one thousand nine hundred ninety-two before me, the subscriber, a NOTARY MARION V BONDS in and for the said County, personally appeared HAROLD E + MILDRED E TANNER to me known to be the same person S described in and who executed the within instrument, and acknowledged the same to be their free act and deed.

*Marion V Bonds*
Notary Public, WAYNE County, Michigan.
My commission expires DEC 12, 1995

04/28/92 18265 TX-1054 21.00
04/28/92 18265 [illegible] .00
04/28/92 18265 DEED 14.00

STATE OF MICHIGAN, } ss.
County of..............

On this.......day of..........in the year one thousand nine hundred.........before me, the subscriber, a.............in and for the said County, personally appeared..............to me known to be the same person.......described in and who executed the within instrument, and acknowledged the same to be..........free act and deed.

Notary Public,..........County, Michigan.
My commission expires..........19......

DRAFTED BY
HAROLD E TANNER
17610- MUNICH
Detroit MI 48221

QUIT-CLAIM DEED
SHORT

RETURN TO
[illegible] 7-mi Rd 48203
Detroit Mi.

REGISTER'S OFFICE
County of..........} ss.
Received for Record, the..........
day of..........A. D. 19....
at..........o'clock..........M., and
Recorded in Liber..........of Deeds
on Page..........
..........Register.

THE RIEGLE PRESS, INC. FLINT, MICHIGAN

# Exhibit 3

Writing:

'20 AUG-3 PM 3:32

Bernard J. Youngblood
Wayne County Register of Deeds
2020203746              L: 55893 P: 675
08/03/2020 03:31 PM    QCD    Total Pages: 2

MICHIGAN REAL ESTATE TRANSFER TAX
Wayne County Tax Stamp #557171
08/03/2020
Receipt# 20-185763  L: 55893 P: 675
State Tax: $566.25  County Tax: $83.05



# QUIT CLAIM DEED

**Liberty Temple Evangelical Church, Inc.**, a Michigan non-profit corporation, whose address is 1300 E. 7 Mile Rd., Detroit, Michigan 48203, quit claims to **Birch Leven Engineering Inc**, a Michigan corporation, whose address is 7255 Oak Forest Dr., Clarkston, Michigan, the following described premises situated in the City of Detroit, County of Wayne, and State of Michigan, to-wit:

**Parcel I:**

Lot 451, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

**Parcel II:**

Lot 452, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

**Parcel III:**

Lot 453, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

**Parcel IV:**

Lots 454, 455, 456, 457, 458, 459, 460 and 461, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

**Parcel V:**

The West 2 feet of Lot 462, Cadillac Heights Subdivision, as recorded in Liber 33, Page 81 of Plats, Wayne County Records.

Commonly known as:   1330 E. Seven Mile Road, Detroit, Michigan 48234
18924 Russell, Detroit, Michigan 48203
18928 Russell, Detroit, Michigan 48203
18926 Russell, Detroit, Michigan 48203

Tax Identification Numbers:   09007525, 09020691, 09090690, and 09020689

TC-20630

For Seventy-five Thousand Two Hundred Fifty Dollars ($75,250), subject to easements and restrictions of record and further subject to liens for real property taxes which are not yet due and payable.

Dated: July 15, 2020

Liberty Temple Evangelical Church, Inc,
a Michigan non-profit corporation

By: Rev. Dennis Gardner
Its: ~~Vice~~-President

STATE OF MICHIGAN, COUNTY OF WAYNE

The foregoing document was acknowledged before me on July 15, 2020, by Rev. Dennis Gardner, ~~Vice~~-President of Liberty Temple Evangelical Church, Inc, a Michigan non-profit corporation, on behalf of the corporation.

ROBERT H. GILLIKIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Apr 2, 2026
ACTING IN COUNTY OF  Wayne

_____, Notary Public
_Wayne_ County, Michigan
My commission expires: 4-2-2026
Acting in _Wayne_ County

This instrument prepared by:
Christopher Wallaker
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI  48104-2131

When recorded return to and
send subsequent tax bills to:
Grantee

Recording fee:  $18.00

Transfer Tax:   State $566.25
                County $83.05

H:\MMD\MEPHAM, SHAUN\CLOSING DOCUMENTS\MEPHAM.QUIT CLAIM DEED.DOCX

TC 90650